# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | |
|---|---|
| **Jonathan Bahr, individually and on behalf of a class of all persons and entities similarly situated,** <br><br> *Plaintiff* <br><br> v. <br><br> **Securico Life Insurance Company** <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 2-25-CV-02721-DWL <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

I, Frances Hubbard, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Securico Life Insurance Company in Travis County, TX on August 4, 2025 at 12:46 pm at 500 N Capital of Texas Hwy Building 6, Austin, TX 78746 by leaving the following documents with Linda Ofori who as Book Keeper is authorized by appointment or by law to receive service of process for Securico Life Insurance Company.

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT

Black or African American Female, est. age 35-44, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=30.3083883876,-97.828559764
Photograph: See Exhibit 1


Total Cost: $95.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in <u>   Travis County   </u>, <u>   TX   </u> on <u>   8/5/2025   </u>. | /s/ *Frances Hubbard* <br> ───────────────── <br> Signature <br> Frances Hubbard <br> +1 (214) 971-6246 |



Exhibit 1b)

