# Exhibit A

| | |
|---|---|
| 1 | Ian M. Davis, admitted *pro hac vice* |
| 2 | idavis@mcginnislaw.com |
|   | Texas State Bar No. 24120793 |
| 3 | **MCGINNIS LOCHRIDGE LLP** |
|   | 1111 West 6th Street, Bldg. B, Ste. 400 |
| 4 | Austin, TX  78703 |
| 5 | 512-495-6000 |
|   | 512-495-6093 (Fax) |
| 6 | |
|   | **Attorney for Defendant Securico** |
| 7 | **Life Insurance Company** |

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Bahr, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Securico Life Insurance Company,<br><br>Defendant. | Case No. 2:25-CV-02721-PHX-DWL<br><br>**DECLARATION OF JODIE TEDROW IN SUPPORT OF DEFENDANT SECURICO LIFE INSURANCE COMPANY'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)** |

Case No. 2:25-CV-02721-PHX-DWL

EXHIBIT A – DECLARATION OF JODIE TEDROW

# DECLARATION OF JODIE TEDROW

I, Jodie Tedrow, declare as follows:

1. My name is Jodie Tedrow. I am older than eighteen years of age, of sound mind and competent to testify to the facts contained in this Declaration. The facts contained herein are within my personal knowledge and are true and correct.

2. I am the Chief Executive Officer for Securico Life Insurance Company ("Securico"), a company located in Austin, Texas. To the extent reflected in this Declaration, I am personally familiar with Securico's corporate structure and form, as well as general information about Securico's personnel and its daily business activities.

3. I have reviewed the putative class actions complaint filed by Plaintiff Jonathan Bahr ("Plaintiff") in the United States District Court for the District of Arizona (the "Complaint"), which bears the civil action file number 2:25-CV-02721-DWL (the "Lawsuit").

4. This Declaration is executed, with respect to all facts and circumstances stated herein, pursuant to my own personal knowledge and review of Securico's corporate and business records, and for the sole purpose of supporting Securico's Motion to Transfer Venue.

5. Securico is a corporation authorized by the laws of the State of Texas. Securico's headquarters and sole office is located at 500 N Capital of TX Hwy Bldg 6, Ste 210, Austin, TX 78746.

6. Securico Life is a life insurance company that offers final expense life insurance products to individuals and families. As the insurer, Securico is responsible for underwriting applicants, maintaining compliance with state and federal regulations, administering policies once issued, and paying valid claims.

7. Securico Life distributes its products through a network of licensed independent insurance agents. These agents operate as independent contractors, and must complete the contracting process to become appointed with Securico before offering its products for sale to the public. I am familiar with the nature and extent of Securico's

relationship with independent agents across the country.

8. Securico does not employ any captive agents that solicit Securico's services to consumers through telemarketing or any other medium.

9. In addition to myself, other personnel involved in management and back office operations, are also located in Austin, Texas. In fact, at the time of this Declaration, all of Securico's employees are located in Austin, Texas.

10. Plaintiff's Complaint alleges that he received a telephone call on March 27, 2025. *See* Dkt. 1, ¶ 23. Plaintiff then alleges that he spoke to "a live agent who identified himself as Daniel Smith, a broker for Securico[.]" *Id.* at ¶ 26. Based on my review of Securico's records, Securico has never entered into a broker agreement, independent agent agreement, or any other kind of agreement with a person named Daniel Smith.

11. Securico does not own or operate any offices in the State of Arizona. Securico has no employees in the State of Arizona.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on August 24, 2025.

_____
JODIE TEDROW