Ian M. Davis, admitted *pro hac vice*
idavis@mcginnislaw.com
Texas State Bar No. 24120793
**MCGINNIS LOCHRIDGE LLP**
1111 West 6th Street, Bldg. B, Ste. 400
Austin, TX 78703
512-495-6000
512-495-6093 (Fax)

**Attorney for Defendant Securico Life Insurance Company**

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Bahr, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Securico Life Insurance Company,<br><br>Defendant. | Case No. 2:25-CV-02721-PHX-DWL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SECURICO LIFE INSURANCE COMPANY'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)** |

On this day, the Court considered Defendant Securico Life Insurance Company's ("Securico" or "Defendant") Motion to Transfer Venue pursuant to 28 U.S.C. § 1404(a) (the "Motion"). *See* Dkt. 8. After considering Securico's Motion, Plaintiff's Response, Securico's Reply, the pleadings on file, and the argument of counsel, if any, the Court is of the opinion that Securico's Motion is meritorious in all respects, and therefore should be, and hereby is, GRANTED. Accordingly, it is

ORDERED that Securico's Motion is GRANTED. It is further

ORDERED that this case be transferred from the United States District Court for the District of Arizona to the United States District Court for the Western District of Texas, Austin Division.

DATED this _____ day of _____, 20_____.

_____
HONORABLE DOMINIC W. LANZA
UNITED STATES DISTRICT JUDGE