# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Bahr, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br><br>Securico Life Insurance Company,<br><br><br>　　　　　Defendant. | Case No. 2:25-CV-02721-PHX-DWL<br><br><br>**PLAINTIFF'S NOTICE OF FILING AMENDED PLEADING** |

　　　Plaintiff Jonathan Bahr, by and through undersigned counsel, hereby gives notice of filing his First Amended Class Action Complaint pursuant to Fed. R. Civ. P. 15 and Local Rule of Civil Procedure 15.1(b). In compliance with LRCiv 15.1(b), Plaintiff attaches a copy of the First Amended Class Action Complaint that indicates, by strikethrough and underlining, the respects in which it differs from the original pleading as <u>Exhibit 1</u>.

　　　Dated: September 10, 2025

　　　　　　　　　　　　　　　　　　　　　*/s/ Anthony I. Paronich*
　　　　　　　　　　　　　　　　　　　　　Anthony I. Paronich
　　　　　　　　　　　　　　　　　　　　　Paronich Law, P.C.

350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com